Certificate Number: 14912-CAC-DE-040029755

Bankruptcy Case Number: 25-11015



14912-CAC-DE-040029755

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 27, 2025, at 8:32 o'clock PM EDT, Adrian Padilla completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   August 28, 2025           By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor